UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

LATONIA SMITH,

          Plaintiff,

    v.

CORRECTIONS CORPORATION OF
AMERICA and WARDEN MANTOS,

          Defendants.

Case No. 2:25-cv-01368-BLW

**ORDER FOR IN FORMA PAUPERIS STATUS AND WITHDRAWAL OF FILING FEE FROM INMATE TRUST ACCOUNT**

Plaintiff LATONIA SMITH, Inmate No. 55918-048, in custody of the Federal Medical Center (FMC) Carswell, has filed a Complaint in the United States District Court for the District of Nevada and an Application to Proceed in Forma Pauperis. Good cause appearing from the documentation Plaintiff has submitted, the Court will grant the Application. (ECF 7). The filing fee of $350.00 shall be deducted from Plaintiff's inmate trust account in increments until the fee is paid in full, as the in forma pauperis statute requires, regardless of whether the case is authorized to proceed or is dismissed. *See* 28 U.S.C. § 1915(b)(1).

Plaintiff will not be required to pay a partial fee to begin this case. The agency having custody of Plaintiff shall send to the Clerk of Court regular monthly payments from Plaintiff's prison trust (commissary) account equal to 20% of the preceding month's income credited to her account, until the statutory filing fee of **$350.00** is paid in full.

**ORDER FOR IN FORMA PAUPERIS STATUS AND WITHDRAWAL OF FILING FEE FROM INMATE TRUST ACCOUNT - 1**

If Plaintiff has more than one Order for Payment of Inmate Filing Fee pending, then the law requires that she pay towards as many of her outstanding fee orders as she can afford each month, using the above formula for each case. *See Bruce v. Samuels*, 577 U.S. 82 (2006) (rejecting the view that a prisoner with multiple lawsuits is entitled to have the fee deducted for only one lawsuit at a time). Because multiple outstanding fee orders at 20% could equal 100% of a prisoner's income (especially if other obligations such as victim compensation and child support are deducted each month), then payments shall be forwarded to satisfy up to the first five orders simultaneously until at least one is satisfied in full, and then payment on the sixth and any subsequent orders can begin to be deducted from the prisoner's account.

**NOW THEREFORE IT IS HEREBY ORDERED:**

1.  Plaintiff's Application for Leave to Proceed in Forma Pauperis (ECF No. 7) is GRANTED.

2.  Each month the warden or their designee shall collect from Plaintiff's prison trust account and forward payments equal to **20%** of the preceding month's income credited to her account to the **Clerk of Court at 333 South Las Vegas Blvd., Las Vegas, NV 89101,** until the **$350.00** filing fee has been paid, in accordance with 28 U.S.C. § 1915(b)(2),

3.  All payments shall be clearly identified by the name and case number assigned to this action. If multiple payments are forwarded to the Clerk of Court to satisfy filing fees in more than one case, each payment shall be clearly identified by the name and case number assigned to each action.

**ORDER FOR IN FORMA PAUPERIS STATUS AND WITHDRAWAL OF FILING FEE FROM INMATE TRUST ACCOUNT - 2**

4.    The Clerk of Court is directed to serve a copy of this order on the Warden,

Prison Trust Account Manager, or their designee, as follows:

FMC Carswell
Attn: Prison Trust Account Manager
P.O. Box 27137
Fort Worth, TX 76127.

DATED: February 3, 2026

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER FOR IN FORMA PAUPERIS STATUS AND WITHDRAWAL OF FILING FEE FROM INMATE
TRUST ACCOUNT - 3**